UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of
the Arbitration between

THIAN LOK TIO, et al.,
*Petitioners*,

    v.                                             Civil Action No:_____
WASHINGTON HOSPITAL CENTER, et al.,
*Respondents*.

### Notice of Application
### For Petition to Vacate Arbitration Award

| | |
|---|---|
| TO:<br>Registered Agents for<br>Washington Hospital Center Corp.<br>t/a Washington Hospital Center<br>    C T CORPORATION SYSTEM<br>    1015 15th Street, NW<br>    Suite 1000<br>    Washington, D.C. 20036 | To:<br>Attorney for Repondents<br>Washington Hospital Center Corp.<br>t/a Washington Hospital Center<br>    Keith J. Harrison, Esq.<br>    Tinia L. Fairley, Esq.<br>    CROWELL & MORING, LLP<br>    1001 Pennsylvania Ave.,NW<br>    Washington, D.C. 20004 |
| TO:<br>Registered Agents for<br>Medstar Health, Inc.<br>t/a Medstar Health<br>    C T CORPORATION SYSTEM<br>    1015 15th Street, NW<br>    Suite 1000<br>    Washington, D.C. 20036 | To:<br>Attorney for Repondents<br>Medstar Health, Inc.<br>t/a Medstar Health<br>    Keith J. Harrison, Esq.<br>    Tinia L. Fairley, Esq.<br>    CROWELL & MORING, LLP<br>    1001 Pennsylvania Ave.,NW<br>    Washington, D.C. 20004 |

    Please take notice that on _____,2008, at 10:00 o'clock a.m., or as soon thereafter as counsel can be heard, in Courtroom ___, United States District Court for the District of Columbia, Dr. And Mrs. Thian Lok Tio, petitioners, by and through counsel, will bring the above application on for hearing on its Petition to Vacate Arbitration Award.
Dated: April 10, 2008

                                              _____
                                              John Perazich
                                              D.C. Bar No. 027144
                                              1835 Irving Street, N.W.
                                              Washington, D.C. 20010
                                              (202) 986-7500
                                              Attorney for Petitioners