IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Thian Lok Tio *et al.*        ) | |
|                                 ) | |
|         Petitioners   ) | |
|                                ) | Civil Action No. 08 CA 626 |
| v.                                ) | |
|                                ) | Honorable James Robertson |
| Washington Hospital Center *et al.*   ) | |
|         Respondents.   ) | |

**RESPONDENTS' CONSENT MOTION TO SET AND/OR EXTEND
DEADLINE FOR FILING A RESPONSIVE PLEADING TO PETITIONERS'
PETITION TO VACATE ARBITRATION AWARD**

      1.    On or about April 11, 2008, counsel of record for Respondents Washington Hospital Center and MedStar Health, Inc. received Petitioner's Petition to Set Aside Arbitration Award ("Petition") and Memorandum of Points and Authorities in Support of Petition to Vacate Arbitration Award ("Memorandum") in the above-captioned matter.

      2.    Counsel of record for Petitioners and Respondents conferred regarding the Petition and Memorandum. Counsel discussed Respondents' deadline and the amount of time Respondents would need to respond to the pleadings filed by Petitioners.

      3.    Counsel of record for Petitioners consented to Respondents' Motion to Set and/or Extend Respondents' deadline for filing a responsive pleading in this matter.

4.     As such, Respondents hereby respectfully request that the Court enter an Order setting and/or extending the Respondents' deadline for filing a responsive pleading in this matter until May 13, 2008.

Respectfully submitted,

*/s/Trina L. Fairley*
Trina L. Fairley (DC Bar No. 464102)
Keith J. Harrison (DC Bar No. 416755)
CROWELL & MORING
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2500 (office)
(202) 62805116

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April 2008, Respondents' Consent Motion to Set and/or Extend Deadline for Filing a Responsive Pleading to Petitioners' Petition to Vacate Arbitration Award was served via prepaid United States, first-class mail to the following individual:

> John Perazich
> D.C. Bar No. 027144
> 1835 Irving Street, N.E.
> Washington, DC 20010

> Counsel of Record for Petitioner

                                ___/s/ Trina L. Fairley_____
                                Trina L. Fairley

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Thian Lok Tio *et al.* ) | |
| ) | |
| Petitioners ) | |
| ) | Civil Action No. 08 CA 626 |
| v. ) | |
| ) | Honorable James Robertson |
| ) | |
| Washington Hospital Center *et al.* ) | |
| ) | |
| Respondents. ) | |
| _____) | |

## PROPOSED ORDER

Upon consideration of Respondents' Consent Motion to Set and/or Extend Deadline for Filing a Responsive Pleading to Petitioners' Petition to Vacate Arbitration Award, Respondents' Consent Motion is hereby GRANTED.

It is FURTHER ORDERED that Respondents' response to Petitioner's pleadings shall be filed on or before May 13, 2008.


Signed this _____ day of April 2008


_____
Judge, United States District Court
for the District of Columbia