CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE              )
    ARBITRATION BETWEEN        )
    THIAN LOK TIO, ET AL.      )
                    )
        Plaintiff           ) Civil. Case Number 08-626(RMU)
                    )
                    )
                    )   Category   E
WASHINGTON HOSPITAL CENTER,       )
    ET AL.                     )
                    )
        Defendant           )
                    )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>May 21, 2008</u> from <u>Judge James Robertson</u> to <u>Judge Ricardo M. Urbina</u> by direction of the Calendar Committee.

(Judge Urbina  has related 04cv701)

<u>ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:  <u>Judge Robertson</u> & Courtroom Deputy
     <u>Judge Urbina</u> & Courtroom Deputy
     Liaison, Calendar and Case Management Committee