<u>CERTIFICATE OF SERVICE</u>

    I hereby certified that a copy of the Consent Motion of Petitioners' to Substitute Counsel of Record, and Proposed Order was served via facsimile and first -class mail this 15th day of May, 2008 to the addresses below, and e-mail on May 29, 2008 as follows:

        Keith J. Harrison, Esq.
        Crowell & MORING, LLP
        1001 Pennsylvania Avenue, N.W.
        Washington, D. C.  20004
        Counsel for Respondents
        KHarrison@crowell.com

and

        Trina Fairley, Esq.
        Crowell & MORING, LLP
        1001 Pennsylvania Avenue, N.W.
        Washington, D. C.  20004
        Counsel for Respondents
        TFairley@crowell.com

and

        John Perazich, Esq.
        1835 Irving Street, N.W.
        Washington, D.C. 20010


                                                    _____
                                                    Anthony M. Rachal III

<u>CERTIFICATE OF SERVICE</u>

    I hereby certified that a copy of the Consent Motion of Petitioners' to Substitute Counsel of Record, and Proposed Order was served via facsimile and first -class mail this 15th day of May, 2008 to the addresses below, and e-mail on May 29, 2008 as follows:

        Keith J. Harrison, Esq.
        Crowell & MORING, LLP
        1001 Pennsylvania Avenue, N.W.
        Washington, D. C.  20004
        Counsel for Respondents
        KHarrison@crowell.com

and

        Trina Fairley, Esq.
        Crowell & MORING, LLP
        1001 Pennsylvania Avenue, N.W.
        Washington, D. C.  20004
        Counsel for Respondents
        TFairley@crowell.com

and

        John Perazich, Esq.
        1835 Irving Street, N.W.
        Washington, D.C. 20010

                              _____
                              Anthony M. Rachal III

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

In the Matter of
the Arbitration between

THIAN LOK TIO, et al.,
*Petitioners*,

    v.                              Civil Action No:
                                      08-CV-00626 (JR)

WASHINGTON HOSPITAL CENTER, et al.,
*Respondents*.

**PROPOSED ORDER**

This matter having come on to be heard on Petition of Petitioners Dr. Tio and Mrs. Tio for an order of this court to substitute Counsel of Record for Petitioners, made and entered, and for an order of this court granting an extension of time for new Counsel to file any responsive pleadings now pending
and having considered all the pleadings in support of, and no opposition to this motion, and it appears to the court that it shall, and


IT IS HEREBY ORDERED that the substitution of Petitioners Counsel of Record is granted as requested.


Dated:_____



                                    _____

                                        U. S. District Judge



Copies to:

Anthony M. Rachal III, Esq.
903 D Street, N.E., Suite 200
Washington, D.C.  20002

John Perazich, Esq.
1835 Irving Street, N.W.
Washington, D.C. 20010

Keith J. Harrison, Esq.
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004


Trina Fairley, Esq.
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004




Order prepared by:

Anthony M. Rachal III, Esq.
   *Attorney for Petitioners*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of
the Arbitration between

THIAN LOK TIO, et al.,
*Petitioners*,

    v.                                                          Civil Action No:
                                                                 08-CV-00626 (JR)

WASHINGTON HOSPITAL CENTER, et al.,
*Respondents*.

### **PRAECIPE OF APPEARANCE**

    CLERK OF COURT for the United States District Court for the District of Columbia, please enter the appearance of Anthony M. Rachal III as the new counsel of record for Petitioners Dr. and Mrs. Thian Lok Tio.

Dated: May 15, 2008                          Respectfully submitted,

                                                              _____
                                                              Anthony M. Rachal III
                                                              D.C. Bar No. 229047

                                                             Edmonds Bldg. – Capitol Hill
                                                             903 D Street, N.E., Suite 200
                                                             Washington, D.C. 20010
                                                             (202) 393-7000
                                                             Attorney for Petitioners

Copy to:
Keith J. Harrison, Esq.
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

and

Trina Fairley, Esq.
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Counsels for Respondents

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

In the matter of
the Arbitration between

THIAN LOK TIO, et al.,

*Petitioners*,

    v.                                     Civil Action, File No:
                                                08-CV-00626 (JR)

WASHINGTON HOSPITAL CENTER CORP.,
t/a WASHINGTON HOSPITAL CENTER, et al.,

*Respondents.*

### CONSENT MOTION TO SUSTITUTE COUNSEL OF RECORD FOR PETITIONERS

    Petitioners, Mr. Thian Lok Tion and Mrs. Ting Soan S. Tio, by and through their counsel, moves this court for an order granting the substitution of Counsel of Record for Petitioners, respectfully states as follows:

    1. Petitioners Dr. Tio and Mrs. Tio request that the John Perazich, Esq., their counsel of record, be permitted to withdraw.

    2. The undersigned, Anthony M. Rachal III, is substituted as Counsel of Record for Petitioners, a Praecipe entering his appearance is attached hereto and incorporated by reference herein.

    3. Per prior discussion with opposing counsel, this request is not opposed by the counsel for Respondents in this matter.

    4. The Clerk of the Court shall forward all notices to the undersigned as new Counsel of Record in this case.

                                                                             Respectfully submitted,

Dated:_____                                   _____
                                                                             Anthony M. Rachal III
                                                                             D.C. Bar No. 229047
                                                                             Edmonds Bldg. – Capitol Hill
                                                                             903 D Street, N.E., Suite 200
                                                                             Washington, D.C. 20002
                                                                             (202) 393-7000

                                                                             John Perazich, Esq.
                                                                             D.C.Bar No. 027144
                                                                             1835 Irving Street, N.E.,
                                                                             Washington, D.C. 20010
                                                                             (202) 986-9500

                                                                             Attorney for Petitioners