```
                UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
```

In the matter of
the Arbitration between

THIAN LOK TIO, et al.,

*Petitioners*,

    v.                                      Civil Action, File No:
                                                08-CV-00626 (JR)

WASHINGTON HOSPITAL CENTER CORP.,
t/a WASHINGTON HOSPITAL CENTER, et al.,

*Respondents.*

## **MOTION FOR EXTENSION TO FILE REPLY TO RESPONDENTS' OPPOSITION**

    Petitioners, Mr. Thian Lok Tion and Mrs. Ting Soan S. Tio, by and through their counsel, moves this court for an order granting an extension of time to file Petitioners' Reply to Opposition of Respondents, respectfully states as follows:

    1.   Petitioners Dr. Tio and Mrs. Tio have requested a substitution of their counsel of record, and their new counsel of record requires an extension of time to submit a reply to the file opposition of Respondents.

    2.   The undersigned, Anthony M. Rachal III, is substituted as Counsel of Record for Petitioners, a Praecipe entering his appearance is attached hereto and incorporated by reference herein.

    3. This the first request for an extension of time requested by Petitioners.

    4.   The Petitioners gave consent to an extension to Respondents' request to file an opposition in this case.

5. The Petitioners request that the time be extended to June 20, 2008 to file a Reply in this matter.

Respectfully submitted,

Dated:_____          _____
                          Anthony M. Rachal III
                          D.C. Bar No. 229047
                          Edmonds Bldg. – Capitol Hill
                          903 D Street, N.E., Suite 200
                          Washington, D.C. 20002
                          (202) 393-7000

                          Attorney for Petitioners

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of
the Arbitration between

THIAN LOK TIO, et al.,
*Petitioners*,

    v.                                    Civil Action No:
                                           08-CV-00626 (JR)

WASHINGTON HOSPITAL CENTER, et al.,
*Respondents*.

## **PROPOSED ORDER**

This matter having come on to be heard on Petition of Petitioners Dr. Tio and Mrs. Tio for an order of this court to extend time to file Reply to Opposition of Respondents, and the court having considered all the pleadings in support of, and the opposition to this motion, if any, and it appears to the court that it shall, and

IT IS HEREBY ORDERED that the request of Petitioners' for an extension to Reply their Reply by June 20, 2008 is granted as requested.


Dated:_____


                             _____
                                U. S. District Judge


Copies to:

```
Anthony M. Rachal III, Esq.
903 D Street, N.E., Suite 200
Washington, D.C.  20002

Keith J. Harrison, Esq.
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004


Trina Fairley, Esq.
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
```

Order prepared by:

Anthony M. Rachal III, Esq.
  *Attorney for Petitioners*

<u>CERTIFICATE OF SERVICE</u>

    I hereby certified that a copy of the Consent Motion of Petitioners' for Extension of Time to File Reply, and Proposed Order was served via facsimile and first -class mail this 15th day of May, 2008 to the addresses below, and e-mail on May 29, 2008 as follows:

        Keith J. Harrison, Esq.
        Crowell & MORING, LLP
        1001 Pennsylvania Avenue, N.W.
        Washington, D. C.  20004
        Counsel for Respondents
        KHarrison@crowell.com

and

        Trina Fairley, Esq.
        Crowell & MORING, LLP
        1001 Pennsylvania Avenue, N.W.
        Washington, D. C.  20004
        Counsel for Respondents
        TFairley@crowell.com

and

        John Perazich, Esq.
        1835 Irving Street, N.W.
        Washington, D.C. 20010

                                          _____
                                          Anthony M. Rachal III

```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

In the matter of
the Arbitration between

THIAN LOK TIO, et al.,

*Petitioners*,

    v.                                    Civil Action, File No:
                                         08-CV-00626 (JR)

WASHINGTON HOSPITAL CENTER CORP.,
t/a WASHINGTON HOSPITAL CENTER, et al.,

*Respondents.*

### MOTION FOR EXTENSION TO FILE REPLY TO RESPONDENTS' OPPOSITION

    Petitioners, Mr. Thian Lok Tion and Mrs. Ting Soan S. Tio, by and through their counsel, moves this court for an order granting an extension of time to file Petitioners' Reply to Opposition of Respondents, respectfully states as follows:

    1. Petitioners Dr. Tio and Mrs. Tio have requested a substitution of their counsel of record, and their new counsel of record requires an extension of time to submit a reply to the file opposition of Respondents.

    2. The undersigned, Anthony M. Rachal III, is substituted as Counsel of Record for Petitioners, a Praecipe entering his appearance is attached hereto and incorporated by reference herein.

    3. This the first request for an extension of time requested by Petitioners.

    4. The Petitioners gave consent to an extension to Respondents' request to file an opposition in this case.

    5.  The Petitioners request that the time be extended to June 20, 2008 to file a Reply in this matter.

                              Respectfully submitted,

Dated:_____                    _____
                                     Anthony M. Rachal III
                                     D.C. Bar No. 229047
                                     Edmonds Bldg. – Capitol Hill
                                     903 D Street, N.E., Suite 200
                                     Washington, D.C. 20002
                                     (202) 393-7000

                                     Attorney for Petitioners